UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARTHUR BLANQIZA JAMIE, JR, <br><br> Plaintiff, <br><br> v. <br><br> ALBERTSONS, <br><br> Defendant. | No. 2:16-cv-2637-KJM-AC <br><br><br> ORDER TO SHOW CAUSE |

On January 12, 2017, this Court dismissed Plaintiff's complaint and denied his motion to proceed in forma pauperis ("IFP"). ECF No. 5. Plaintiff was given 30 days to renew his IFP application and file an amended complaint. Id. The Court warned that failure to comply may result in a recommendation to dismiss this action for failure to prosecute. Id. The 30 day deadline has long since passed, and Plaintiff has not a renewed IFP application or an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that Plaintiff shall show cause, within 14 days why this case should not be dismissed for failure to prosecute.

DATED: June 7, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE